IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELTA FLEX PARTNERS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| RANDOLPH HOSPITAL, INC. *d/b/a* | § | |
| RANDOLPH HEALTH, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff Delta Flex Partners, LLC ("Plaintiff") files this Original Complaint asserting claims against Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health ("Defendant").

**I.**
**PRELIMINARY STATEMENT**

1.      Defendant has failed to pay Plaintiff for the staffing of healthcare professionals at Defendant's hospital.

**II.**
**JURISDICTION AND VENUE**

2.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because this lawsuit involves a controversy between parties of diverse citizenship and the amount in controversy exceeds $75,000.00. Plaintiff is a citizen of Delaware and Texas because MBK Human Capital, Inc., Plaintiff's sole member, is incorporated under the laws of Delaware with its principal place of business in Texas.  28 U.S.C. § 1332(c)(1).  Defendant is a citizen of North Carolina, its state of incorporation and where it has its principal place of business. 28 U.S.C. § 1332(c)(1). Accordingly, complete diversity exists between the parties.

3.      This Court has personal jurisdiction over Defendant based upon its contacts with

1

the State of Texas. Defendant purposefully availed itself to the privileges and benefits of Texas law in numerous ways. Defendant contracted to receive services from Plaintiff, a Texas entity located in the State of Texas. Defendant directed the services to be performed by Plaintiff in Texas. Defendant provided instructions as to the types of professionals it needed. Plaintiff fulfilled these instructions in Texas by searching for and locating appropriate candidates. Defendant knew that Plaintiff was a Texas entity, that Plaintiff would perform its obligations in Texas, and that Plaintiff expected to receive payment for its services in Texas. Further, Plaintiff's causes of action relate to and arise out of Defendant's connections to Plaintiff and the State of Texas. In short, Defendant's contact with the State of Texas is continuous, resulting from an established business relationship with Plaintiff.

4.      Defendant is subject to the jurisdiction of this Court under the Texas long-arm statute and federal and state due process standards.

5.      Pursuant to 28 U.S.C. § 1391, venue is proper in this district as a substantial part of the events giving rise to this claim the claims arise within this district. Plaintiff is a Texas entity with its principal place of business located within this district. All of Plaintiff's obligations pursuant to its relationship with Defendant were fulfilled by Plaintiff in this district: Plaintiff agreed to provide services to Defendant, searched for and located appropriate staffing candidates pursuant to Defendant's instructions, dispatched candidates to Defendant's facility, and expected payment for the services it provided. Indeed, Plaintiff's performance for Defendant, the basis of this suit, took place in this district.

### III.
### PARTIES

6.      Plaintiff Delta Flex Partners, LLC is a Texas limited liability company who does business in, and whose principal office is located in, Dallas County, Texas.

7.      Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health is organized and existing under the laws of the State of North Carolina.  Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health is required by statute to designate or maintain a registered agent for service of process in the State of Texas.  Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health's home office is located at 364 White Oak Street, Asheboro, North Carolina 27203.  The Texas Secretary of State is the agent for service of process on Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health because Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health engages in business in Texas, does not maintain a regular place of business in Texas, does not have a designated agent for service of process in Texas, and this lawsuit arises out of Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health's business in Texas.  In accordance with TEX. CIV. PRAC. & REM. CODE §§ 17.044 & 17.045, Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health may be served with process by delivering two (2) copies of the summons and Plaintiff's Original Petition to the Texas Secretary of State to be forwarded on to Defendant Randolph Hospital, Inc. *d/b/a* Randolph Health's home office at 364 White Oak Street, Asheboro, North Carolina 27203. FED. R. CIV. P. 4(h)(1)(A) (generally providing that corporation may be served pursuant to state law).

### IV.
### FACTUAL BACKGROUND

8.      Plaintiff is the Country's premier recruiting firm for searching and providing qualified physicians and mid-level medical positions, such as physician assistants and nurse practitioners, to healthcare facilities in need of staffing.

9.      On July 2, 2019, Plaintiff, on the one hand, and Qualivis, LLC ("Qualivis"), on the other, entered into the Subcontracting Agreement for Healthcare Professionals ("Qualivis Agreement"). Qualivis provides healthcare workforce solutions by working with healthcare facilities and staffing agencies to simplify staffing needs through one contract and one contact.

Through the Qualivis Agreement, Plaintiff agreed to provide qualified temporary healthcare providers to perform temporary healthcare services for Qualivis' clients. The clients that Plaintiff was allowed to present candidates to are limited to clients that Qualivis has a direct agreement with to act as the client's managed services provider.

10.    When acting as the managed services provider for a client, such as Defendant, Qualivis generally acts as an agent on behalf of the client. Here, Defendant agreed for Qualivis to manage Defendant's affairs on its behalf by locating staffing businesses, such as Plaintiff, to search for and provide qualified physicians to Defendant. Subject to Defendant's control, Qualivis organized and constructed the agreements between the parties whereby Plaintiff would provide its services to Defendant. Qualivis's actions in arranging for Defendant to receive Plaintiff's services were pursuant to the power delegated to Qualivis by Defendant and in accordance with Defendant's instructions.

11.    Pursuant to the Qualivis Agreement, certain clients that require special projects or that were subject to terms and conditions that were different or additional to the Qualivis Agreement needed to enter into the separate Term Sheet. Also on July 2, 2019, Plaintiff and Qualivis entered into the Client Term Sheet Randolph Health (Clinical) (the "Term Sheet"). In order for Plaintiff to perform services for Defendant, Plaintiff was required to agree to the terms in the Term Sheet.

12.    Plaintiff staffed multiple candidates for Defendant from November 2022 through June 2023. Specific rates, location assignments, and assignment dates were set forth on a work order confirmation.

13.    The candidates Plaintiff staffed for Defendant worked for Defendant at Defendant's hospital providing medical services and under the direction and control of Defendant. Defendant

then billed insurance providers and third-party payors for the services provided by the healthcare candidates staffed by Plaintiff.  On information and belief, Defendant received payments from third-parties for healthcare work provided by candidates supplied by Plaintiff.

14.  According to the Qualivis Agreement, Qualivis is responsible for invoicing Defendant for the services performed and Defendant shall pay Qualivis.  Qualivis is then obligated to pay Plaintiff within fifteen days of receipt of payment by Defendant.

15.  Defendant has retained the proceeds from the healthcare providers supplied by Plaintiff and has failed to pay Qualivis and in turn Qualivis has not paid Plaintiff.  Plaintiff sent invoices demanding payment for the amount owed by Defendant.  Those invoices are collectively attached hereto as Exhibit A.  Below is a summary of the unpaid invoices sent by Plaintiff to Qualivis:

*Outstanding Balances Owed to Plaintiff from Defendant:*

| Invoice No. | Invoice Date | Amount Owed |
|:---:|:---:|:---:|
| 232455420 | 6/18/2023 | $  5,630.40 |
| 232255423 | 6/4/2023 | $  5,552.20 |
| 232055416 | 5/21/2023 | $ 10,044.00 |
| 232055420 | 5/21/2023 | $  9,936.00 |
| 232055422 | 5/21/2023 | $  9,344.89 |
| 232055435 | 5/21/2023 | $  3,348.00 |
| 232055437 | 5/21/2023 | $  3,312.00 |
| 232055439 | 5/21/2023 | $  3,128.00 |
| 231655413 | 4/23/2023 | $  6,047.33 |
| 231655416 | 4/23/2023 | $  9,190.80 |
| 231655417 | 4/23/2023 | $  5,630.40 |
| 231555424 | 4/16/2023 | $  6,696.00 |
| 231555426 | 4/16/2023 | $  3,528.00 |
| 231555427 | 4/16/2023 | $  6,256.00 |
| 231255443 | 3/26/2023 | $  3,348.00 |
| 231255445 | 3/26/2023 | $  6,624.00 |
| 231255446 | 3/26/2023 | $  4,398.75 |
| 231055411 | 3/12/2023 | $  6,696.00 |
| 231055412 | 3/12/2023 | $  6,624.00 |
| 230755425 | 2/19/2023 | $  6,696.00 |

| 230755426 | 2/19/2023 | $ 1,297.35 |
| 230755427 | 2/19/2023 | $ 1,925.10 |
| 230755428 | 2/19/2023 | $ 6,582.60 |
| 224655400A | 2/12/2023 | $ 2,008.80 |
| 224755428A | 2/12/2023 | $ 9,688.22 |
| 224955467A | 2/12/2023 | $ 6,156.00 |
| 224955468A | 2/12/2023 | $ 5,472.00 |
| 224955469A | 2/12/2023 | $ 6,746.85 |
| 230555430 | 2/5/2023 | $ 6,026.40 |
| 230555431 | 2/5/2023 | $ 6,277.50 |
| 230555432 | 2/5/2023 | $ 6,624.00 |
| 230355431 | 1/22/2023 | $ 6,026.40 |
| 230355432 | 1/22/2023 | $ 5,649.75 |
| 230355433 | 1/22/2023 | $ 5,982.30 |
| 230155470 | 1/8/2023 | $ 4,310.55 |
| 230155471 | 1/8/2023 | $ 6,444.90 |
| 230155472 | 1/8/2023 | $ 5,982.30 |
| 225255412 | 12/31/2022 | $ 6,684.71 |
| 225255413 | 12/31/2022 | $ 6,612.30 |
| 225255415 | 12/31/2022 | $ 6,603.29 |
| 224755429 | 11/27/2022 | $ 10,174.50 |
| 224755431 | 11/27/2022 | $ 10,260.00 |
| 224655401 | 11/20/2022 | $ 3,348.00 |
| 224655404 | 11/20/2022 | $ 3,348.00 |
| **TOTAL** | | **$ 262,262.59** |

16.    Qualivis, in turn, submitted invoices to Defendant that included the amounts owed to Plaintiff for the services Plaintiff provided to Defendant. Defendant knew that the only way for Plaintiff to be compensated for its services was for Defendant to pay Qualivis's invoices. Despite this knowledge and Plaintiff's full performance of its services, Defendant has failed to make the above payments to either Plaintiff or Qualivis. Accordingly, Defendant is well aware that Plaintiff expected to be paid for the services it rendered to Defendant. Further, Defendant is aware that, by refusing payment to Qualivis, Defendant is depriving Plaintiff of the compensation owed to it.

**V.**
**CAUSES OF ACTION**

**Count 1:**     **Quantum Meruit**

17.    Plaintiff incorporates by reference each and every allegation contained in the

paragraphs above, as if the same were set forth in full herein.

18.     By performing services for the benefit of Defendant, Plaintiff has conferred on Defendant a valuable benefit. Defendant knowingly received and accepted the benefits of Plaintiff's services. Furthermore, Defendant accepted Plaintiff's services under circumstances from which Defendant could have reasonably anticipated having to pay for them.

19.     Defendant represented to Qualivis and Plaintiff that, as a result of the services provided by Plaintiff, Defendant would compensate Qualivis and Plaintiff for such services. Neither Qualivis nor Plaintiff, however, has been paid the money Defendant owes.

20.     Based upon fundamental principles of justice, equity, and good conscience, this Court should award Plaintiff actual damages in an amount to be determined at trial, but not less than $262,262.59, plus additional interest, costs, and attorneys' fees.

**Count 2:**     **Unjust Enrichment**

21.     Plaintiff incorporates by reference each and every allegation contained in the paragraphs above, as if the same were set forth in full herein.

22.     Defendant obtained the benefit of receiving services from Plaintiff.  Defendant never paid for these services. The benefit received by Defendant was obtained by the taking of an undue advantage.

23.     Based upon fundamental principles of justice, equity, and good conscience, this Court should award Plaintiff actual damages in an amount to be determined at trial, but not less than $262,262.59, plus additional interest, costs, and attorneys' fees.

**Count 3:**     **Breach of Contract (Plaintiff as Third-Party Beneficiary)**

24.     Plaintiff incorporates by reference each and every allegation contained in the paragraphs above, as if the same were set forth in full herein.

25.     In the alternative, Plaintiff alleges under this count as follows.

26.     On information and belief, Qualivis and Defendant agreed in writing (the "Randolph Agreement") that Qualivis, on the one hand, would locate agencies such as Plaintiff to provide qualified temporary healthcare providers to perform temporary healthcare services for Defendant. On the other hand, Defendant agreed to receive Plaintiff's staffing services. Defendant further agreed to timely pay invoices sent by Qualivis, thereby ensuring that Plaintiff's invoices sent to Qualivis were timely paid by Qualivis.

27.     On information and belief, the Randolph Agreement is a valid and binding agreement between Qualivis and Defendant. All conditions precedent have been performed or have occurred. Through the Randolph Agreement, Qualivis and Defendant intended to secure a benefit to Plaintiff, obliging Defendant to pay Plaintiff, through Qualivis, for its services. Further, Qualivis and Defendant entered into the Randolph Agreement directly for Plaintiff's benefit. Indeed, the very purpose of the Randolph Agreement was to secure payment to Plaintiff for its services. Accordingly, Plaintiff is a third-party beneficiary to the Randolph Agreement.

28.     Defendant breached the Randolph Agreement by refusing to pay Qualivis' invoices.

29.     As a result of Defendant's breach of the Randolph Agreement, Plaintiff has incurred damages in an amount to be determined at trial, but not less than $262,262.59, plus additional interest, costs, and attorneys' fees.

**Count 4:**     **Attorneys' Fees**

30.     Plaintiff incorporates by reference each and every allegation contained in the paragraphs above, as if the same were set forth in full herein.

31.     As a result of Defendant's nonpayment, it was necessary for Plaintiff to retain the

services of Husch Blackwell, LLP to collect the money Plaintiff is owed. Plaintiff, therefore, seeks a recovery from Defendant for the reasonable costs and attorneys' fees incurred as a result of Plaintiff's claims for rendered services and performed labor or, in the alternative, breach of contract, as permitted by TEX. CIV. PRAC. & REM. CODE § 38.001, *et seq*.

### VI.
### PRAYER

Plaintiff respectfully requests that this Court, upon final disposition of this matter, enter judgment against Defendant for the following relief:

(A)     Compensatory damages in an amount to be determined at trial, but not less than $262,262.59;

(B)     Pre-judgment and post-judgment interest on all sums at the maximum rate allowed by law;

(C)     Plaintiff's reasonable attorneys' fees and expenses incurred in the filing and prosecution of this action;

(D)     All costs of court;

(E)     Any and all costs and reasonable attorneys' fees incurred in any and all related appeals and collateral actions (if any); and

(F)     Such other relief to which this Court deems Plaintiff is justly entitled.

Dated:  April 17, 2024                    Respectfully submitted,

                                          _/s/ Jacob B. Kring_____
                                          **Jacob B. Kring**
                                          Texas State Bar No. 24062831

                                          **HUSCH BLACKWELL LLP**
                                          1900 N. Pearl Street, Suite 1800
                                          Dallas, Texas 75201
                                          Phone:  (214) 999-6100
                                          Fax:     (214) 999-6170
                                          Jacob.Kring@HuschBlackwell.com

                                          **ATTORNEY FOR PLAINTIFF**

# EXHIBIT A

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

delta
healthcare providers

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 6/18/2023 | 232455420 |

| PO/RA Number | 3197344 |
|--------------|---------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 5/22/2023 - 5/26/2023 | 40.00 | $85.00 | $3,400.00 |
| HOURLY RATE PER HOUR | ███████ : 5/30/2023 - 6/2/2023 | 32.00 | $85.00 | $2,720.00 |
| VMS DISCOUNT | ███████ : 5% VMS Discount | 1.00 | ($306.00) | ($306.00) |
| EARLY PAY DISCOUNT | ███████ : 3% Early Pay Discount | 1.00 | ($183.60) | ($183.60) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,630.40 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,630.40 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

**(877) 456-2867  Ext. 0000**

delta
healthcare providers

| Date | Invoice # |
|------|-----------|
| 6/4/2023 | 232255423 |

| PO/RA Number | 3154212 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ▮▮▮▮ : 5/9/2023 - 5/12/2023 | 32.00 | $85.00 | $2,720.00 |
| HOURLY RATE PER HOUR | ▮▮▮▮ : 5/15/2023 - 5/19/2023 | 39.00 | $85.00 | $3,315.00 |
| VMS DISCOUNT | ▮▮▮▮ : 5% VMS Discount | 1.00 | ($301.75) | ($301.75) |
| EARLY PAY DISCOUNT | ▮▮▮▮ : 3% Early Pay Discount | 1.00 | ($181.05) | ($181.05) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,552.20 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,552.20 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX    75320-2940

**(877) 456-2867   Ext. 0000**

delta
healthcare providers

| Date | Invoice # |
|---|---|
| 5/21/2023 | 232055416 |

| PO/RA Number | 3109317-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ███ : 4/17/2023 - 4/21/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███ : 4/24/2023 - 4/28/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███ : 5/1/2023 - 5/5/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███ : 4% VMS Discount | 1.00 | ($432.00) | ($432.00) |
| EARLY PAY DISCOUNT | ███ : 3% Early Pay Discount | 1.00 | ($324.00) | ($324.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $10,044.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $10,044.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 5/21/2023 | 232055420 |

| PO/RA Number | 3109317-2 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 4/17/2023 - 4/21/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 4/24/2023 - 4/28/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 5/1/2023 - 5/5/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($540.00) | ($540.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($324.00) | ($324.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $9,936.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $9,936.00 |



# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 5/21/2023 | 232055422 |

| PO/RA Number | 3109317-3 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 4/17/2023 - 4/21/2023 | 40.00 | $85.00 | $3,400.00 |
| HOURLY RATE PER HOUR | 4/24/2023 - 4/28/2023 | 40.00 | $85.00 | $3,400.00 |
| HOURLY RATE PER HOUR | 5/1/2023 - 5/5/2023 | 39.50 | $85.00 | $3,357.50 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($507.88) | ($507.88) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($304.73) | ($304.73) |

Thank you for your business.

| | |
|---|---|
| **Total** | $9,344.89 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $9,344.89 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

(877) 456-2867  Ext. 0000

delta
healthcare providers

| Date | Invoice # |
|---|---|
| 5/21/2023 | 232055435 |

| PO/RA Number | 3048658-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 4/10/2023 - 4/14/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($144.00) | ($144.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| Total | $3,348.00 |
|---|---|
| Sales Tax | $0.00 |
| **Balance Due** | **$3,348.00** |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

(877) 456-2867  Ext. 0000

| Date | Invoice # |
|------|-----------|
| 5/21/2023 | 232055437 |

PO/RA Number    3048658-2

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 4/10/2023 - 4/14/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($180.00) | ($180.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,312.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $3,312.00 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

**delta**
healthcare providers

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 5/21/2023 | 232055439 |

PO/RA Number     3048658-3

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | | Qty | Rate | Amount |
|------|-------------|---|-----|------|--------|
| HOURLY RATE PER HOUR | ▓▓▓▓ | 4/10/2023 - 4/14/2023 | 40.00 | $85.00 | $3,400.00 |
| VMS DISCOUNT | ▓▓▓▓ | 5% VMS Discount | 1.00 | ($170.00) | ($170.00) |
| EARLY PAY DISCOUNT | ▓▓▓▓ | 3% Early Pay Discount | 1.00 | ($102.00) | ($102.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,128.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $3,128.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 4/23/2023 | 231655413 |

| PO/RA Number | 2994244-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ▮: 3/27/2023 - 3/31/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ▮: 4/3/2023 - 4/6/2023 | 32.25 | $90.00 | $2,902.50 |
| VMS DISCOUNT | ▮: 4% VMS Discount | 1.00 | ($260.10) | ($260.10) |
| EARLY PAY DISCOUNT | ▮: 3% Early Pay Discount | 1.00 | ($195.07) | ($195.07) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,047.33 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,047.33 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 4/23/2023 | 231655416 |

| PO/RA Number | 2994244-2 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ████ : 3/20/2023 - 3/24/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | : 3/27/2023 - 3/31/2023 | 39.00 | $90.00 | $3,510.00 |
| HOURLY RATE PER HOUR | : 4/3/2023 - 4/6/2023 | 32.00 | $90.00 | $2,880.00 |
| VMS DISCOUNT | ████ : 5% VMS Discount | 1.00 | ($499.50) | ($499.50) |
| EARLY PAY DISCOUNT | ████ 3% Early Pay Discount | 1.00 | ($299.70) | ($299.70) |

Thank you for your business.

| | |
|---|---|
| **Total** | $9,190.80 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $9,190.80 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 4/23/2023 | 231655417 |

| PO/RA Number | 2994244-3 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ▮▮▮▮▮ : 3/27/2023 - 3/31/2023 | 40.00 | $85.00 | $3,400.00 |
| HOURLY RATE PER HOUR | ▮▮▮▮▮ : 4/3/2023 - 4/6/2023 | 32.00 | $85.00 | $2,720.00 |
| VMS DISCOUNT | ▮▮▮▮▮ : 5% VMS Discount | 1.00 | ($306.00) | ($306.00) |
| EARLY PAY DISCOUNT | ▮▮▮▮▮ : 3% Early Pay Discount | 1.00 | ($183.60) | ($183.60) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,630.40 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,630.40 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 4/16/2023 | 231555424 |

| PO/RA Number | 2940277-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ▮ : 3/13/2023 - 3/17/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ▮ 3/20/2023 - 3/24/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ▮ 4% VMS Discount | 1.00 | ($288.00) | ($288.00) |
| EARLY PAY DISCOUNT | ▮ 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,696.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,696.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 4/16/2023 | 231555426 |

| PO/RA Number | 2940277-2 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███ 3/13/2023 - 3/17/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███ 5% VMS Discount | 1.00 | ($180.00) | ($180.00) |
| EARLY PAY DISCOUNT | ███ 3% Early Pay Discount | 1.00 | $108.00 | $108.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,528.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $3,528.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 4/16/2023 | 231555427 |

PO/RA Number      2940277-3

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 3/13/2023 - 3/17/2023 | 40.00 | $85.00 | $3,400.00 |
| HOURLY RATE PER HOUR | 3/20/2023 - 3/24/2023 | 40.00 | $85.00 | $3,400.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($340.00) | ($340.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($204.00) | ($204.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,256.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,256.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 3/26/2023 | 231255443 |

| PO/RA Number | 2886499-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 2/27/2023 - 3/3/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($144.00) | ($144.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,348.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $3,348.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 3/26/2023 | 231255445 |

| PO/RA Number | 2886499-2 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | | Qty | Rate | Amount |
|------|-------------|---|-----|------|--------|
| HOURLY RATE PER HOUR | ███ | 2/27/2023 - 3/3/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███ | 3/6/2023 - 3/10/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███ | 5% VMS Discount | 1.00 | ($360.00) | ($360.00) |
| EARLY PAY DISCOUNT | ███ | 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,624.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,624.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 3/26/2023 | 231255446 |

| PO/RA Number | 2886499-3 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38066 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 3/2/2023 - 3/3/2023 | 16.25 | $85.00 | $1,381.25 |
| HOURLY RATE PER HOUR | 3/6/2023 - 3/10/2023 | 40.00 | $85.00 | $3,400.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($239.06) | ($239.06) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($143.44) | ($143.44) |

Thank you for your business.

| | |
|---|---|
| **Total** | $4,398.75 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $4,398.75 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 3/12/2023 | 231055411 |

| PO/RA Number | 2832843-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | | Qty | Rate | Amount |
|---|---|---|---|---|---|
| HOURLY RATE PER HOUR | | 2/13/2023 - 2/17/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | | 2/20/2023 - 2/24/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | | 4% VMS Discount | 1.00 | ($288.00) | ($288.00) |
| EARLY PAY DISCOUNT | | 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,696.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,696.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 3/12/2023 | 231055412 |

| PO/RA Number | 2832843-2 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 2/13/2023 - 2/17/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 2/20/2023 - 2/24/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($360.00) | ($360.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,624.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,624.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 2/19/2023 | 230755425 |

| PO/RA Number | 2780179-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 1/30/2023 - 2/3/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 2/6/2023 - 2/10/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($288.00) | ($288.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,696.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,696.00 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

(877) 456-2867  Ext. 0000

| Date | Invoice # |
|------|-----------|
| 2/19/2023 | 230755426 |

| PO/RA Number | 2780179-2 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 1/30/2023 - 1/31/2023 | 15.50 | $90.00 | $1,395.00 |
| VMS DISCOUNT | ███████ : 4% VMS Discount | 1.00 | ($55.80) | ($55.80) |
| EARLY PAY DISCOUNT | ███████ : 3% Early Pay Discount | 1.00 | ($41.85) | ($41.85) |

Thank you for your business.

| | |
|---|---|
| **Total** | $1,297.35 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $1,297.35 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/19/2023 | 230755427 |

| PO/RA Number | 2780179-3 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 38029 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ▮ : 2/8/2023 - 2/10/2023 | 23.25 | $90.00 | $2,092.50 |
| VMS DISCOUNT | ▮ 5% VMS Discount | 1.00 | ($104.63) | ($104.63) |
| EARLY PAY DISCOUNT | ▮ : 3% Early Pay Discount | 1.00 | ($62.77) | ($62.77) |

Thank you for your business.

| | |
|---|---|
| **Total** | $1,925.10 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $1,925.10 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/19/2023 | 230755428 |

| PO/RA Number | 2780179-4 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 1/30/2023 - 2/3/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███████ : 2/6/2023 - 2/10/2023 | 39.50 | $90.00 | $3,555.00 |
| VMS DISCOUNT | ███████ : 5% VMS Discount | 1.00 | ($357.75) | ($357.75) |
| EARLY PAY DISCOUNT | ███████ : 3% Early Pay Discount | 1.00 | ($214.65) | ($214.65) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,582.60 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,582.60 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX   75320-2940

(877) 456-2867  Ext. 0000

| Date | Invoice # |
|------|-----------|
| 2/12/2023 | 224655400A |

| PO/RA Number | 2439049-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███ 10/24/2022 - 10/28/2022 | 24.00 | $90.00 | $2,160.00 |
| VMS DISCOUNT | ███ : 4% VMS Discount | 1.00 | ($86.40) | ($86.40) |
| EARLY PAY DISCOUNT | ███ : 3% Early Pay Discount | 1.00 | ($64.80) | ($64.80) |

Thank you for your business.

| | |
|---|---|
| **Total** | $2,008.80 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $2,008.80 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
| --- | --- |
| 2/12/2023 | 224755428A |

| PO/RA Number | 2489316-1 |
| --- | --- |

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
| --- | --- | --- | --- | --- |
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| HOURLY RATE PER HOUR | ███ 10/31/2022 - 11/4/2022 | 40.00 | $90.00 | $3,600.00 |
| PREMIUM RATE PER HOUR | ███ : 10/31/2022 - 11/4/2022 | 1.25 | $112.50 | $140.63 |
| HOURLY RATE PER HOUR | ███ : 11/7/2022 - 11/11/2022 | 32.25 | $90.00 | $2,902.50 |
| HOURLY RATE PER HOUR | ███ 11/14/2022 - 11/17/2022 | 39.50 | $90.00 | $3,555.00 |
| VMS DISCOUNT | ███ 4% VMS Discount | 1.00 | ($407.93) | ($407.93) |
| EARLY PAY DISCOUNT | ███ 1% Early Pay Discount | 1.00 | ($101.98) | ($101.98) |

Thank you for your business.

| | |
| --- | --- |
| **Total** | $9,688.22 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $9,688.22 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/12/2023 | 224955467A |

| PO/RA Number | 2537410-1 |
|---|---|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 11/21/2022 - 11/25/2022 | 32.00 | $90.00 | $2,880.00 |
| HOURLY RATE PER HOUR | 11/28/2022 - 12/2/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($259.20) | ($259.20) |
| EARLY PAY DISCOUNT | 1% Early Pay Discount | 1.00 | ($64.80) | ($64.80) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,156.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,156.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/12/2023 | 224955468A |

| PO/RA Number | 2537410-2 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 11/21/2022 - 11/23/2022 | 24.00 | $90.00 | $2,160.00 |
| HOURLY RATE PER HOUR | 11/28/2022 - 12/2/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($230.40) | ($230.40) |
| EARLY PAY DISCOUNT | 1% Early Pay Discount | 1.00 | ($57.60) | ($57.60) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,472.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,472.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/12/2023 | 224955469A |

| PO/RA Number | 2537410-3 |
|--------------|-----------|

**Bill To:**

Aya - Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 11/17/2022 - 11/18/2022 | 15.00 | $90.00 | $1,350.00 |
| HOURLY RATE PER HOUR | 11/21/2022 - 11/23/2022 | 24.75 | $90.00 | $2,227.50 |
| HOURLY RATE PER HOUR | 11/28/2022 - 12/2/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($358.88) | ($358.88) |
| EARLY PAY DISCOUNT | 1% Early Pay Discount | 1.00 | ($71.77) | ($71.77) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,746.85 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,746.85 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/5/2023 | 230555430 |

| PO/RA Number | 2728236-1 |
|--------------|-----------|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37887 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 1/17/2023 - 1/20/2023 | 32.00 | $90.00 | $2,880.00 |
| HOURLY RATE PER HOUR | 1/23/2023 - 1/27/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($259.20) | ($259.20) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($194.40) | ($194.40) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,026.40 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,026.40 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/5/2023 | 230555431 |

| PO/RA Number | 2728236-2 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 1/17/2023 - 1/20/2023 | 35.00 | $90.00 | $3,150.00 |
| HOURLY RATE PER HOUR | 1/23/2023 - 1/27/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($270.00) | ($270.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($202.50) | ($202.50) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,277.50 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,277.50 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 2/5/2023 | 230555432 |

| PO/RA Number | 2728236-3 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | 1/16/2023 - 1/20/2023 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 1/23/2023 - 1/27/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 5% VMS Discount | 1.00 | ($360.00) | ($360.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($216.00) | ($216.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,624.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,624.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 1/22/2023 | 230355431 |

| PO/RA Number | 2690358-1 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ▮ 1/3/2023 - 1/6/2023 | 32.00 | $90.00 | $2,880.00 |
| HOURLY RATE PER HOUR | ▮ 1/9/2023 - 1/13/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ▮ 4% VMS Discount | 1.00 | ($259.20) | ($259.20) |
| EARLY PAY DISCOUNT | ▮ 3% Early Pay Discount | 1.00 | ($194.40) | ($194.40) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,026.40 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,026.40 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 1/22/2023 | 230355432 |

| PO/RA Number | 2690358-2 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 1/4/2023 - 1/6/2023 | 27.50 | $90.00 | $2,475.00 |
| HOURLY RATE PER HOUR | 1/9/2023 - 1/13/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($243.00) | ($243.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($182.25) | ($182.25) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,649.75 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,649.75 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 1/22/2023 | 230355433 |

| PO/RA Number | 2690358-3 |
|--------------|-----------|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███ : 1/3/2023 - 1/6/2023 | 32.25 | $90.00 | $2,902.50 |
| HOURLY RATE PER HOUR | ███ : 1/9/2023 - 1/13/2023 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███ : 5% VMS Discount | 1.00 | ($325.13) | ($325.13) |
| EARLY PAY DISCOUNT | ███ : 3% Early Pay Discount | 1.00 | ($195.07) | ($195.07) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,982.30 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,982.30 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 1/8/2023 | 230155470 |

| PO/RA Number | 2634714-1 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 12/19/2022 - 12/21/2022 | 24.50 | $90.00 | $2,205.00 |
| HOURLY RATE PER HOUR | ███████ : 12/28/2022 - 12/30/2022 | 27.00 | $90.00 | $2,430.00 |
| VMS DISCOUNT | ███████ : 4% VMS Discount | 1.00 | ($185.40) | ($185.40) |
| EARLY PAY DISCOUNT | ███████ 3% Early Pay Discount | 1.00 | ($139.05) | ($139.05) |

Thank you for your business.

| | |
|---|---|
| **Total** | $4,310.55 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $4,310.55 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 1/8/2023 | 230155471 |

PO/RA Number      2634714-2

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ▆▆▆▆▆▆ : 12/19/2022 - 12/23/2022 | 39.00 | $90.00 | $3,510.00 |
| HOURLY RATE PER HOUR | ▆▆▆▆▆▆ : 12/27/2022 - 12/30/2022 | 38.00 | $90.00 | $3,420.00 |
| VMS DISCOUNT | ▆▆▆▆▆▆ : 4% VMS Discount | 1.00 | ($277.20) | ($277.20) |
| EARLY PAY DISCOUNT | ▆▆▆▆▆▆ : 3% Early Pay Discount | 1.00 | ($207.90) | ($207.90) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,444.90 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,444.90 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 1/8/2023 | 230155472 |

| PO/RA Number | 2634714-3 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ▮▮▮▮ : 12/19/2022 - 12/23/2022 | 39.50 | $90.00 | $3,555.00 |
| HOURLY RATE PER HOUR | ▮▮▮▮ : 12/27/2022 - 12/30/2022 | 32.75 | $90.00 | $2,947.50 |
| VMS DISCOUNT | ▮▮▮▮ : 5% VMS Discount | 1.00 | ($325.13) | ($325.13) |
| EARLY PAY DISCOUNT | ▮▮▮▮ : 3% Early Pay Discount | 1.00 | ($195.07) | ($195.07) |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,982.30 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $5,982.30 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 12/31/2022 | 225255412 |

| PO/RA Number | 2586557-1 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37242 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 12/5/2022 - 12/9/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███████ : 12/12/2022 - 12/16/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███████ : 4% VMS Discount | 1.00 | ($288.00) | ($288.00) |
| EARLY PAY DISCOUNT | ███████ : 3% Early Pay Discount | 1.00 | ($227.29) | ($227.29) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,684.71 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,684.71 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX    75320-2940

(877) 456-2867  Ext. 0000

| Date | Invoice # |
|---|---|
| 12/31/2022 | 225255413 |

PO/RA Number        2586557-2

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ██████████: 12/5/2022 - 12/9/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ██████████: 12/12/2022 - 12/16/2022 | 39.00 | $90.00 | $3,510.00 |
| VMS DISCOUNT | ██████████: 4% VMS Discount | 1.00 | ($284.40) | ($284.40) |
| EARLY PAY DISCOUNT | ██████████: 3% Early Pay Discount | 1.00 | ($213.30) | ($213.30) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,612.30 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,612.30 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX    75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 12/31/2022 | 225255415 |

PO/RA Number        2586557-3

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37475 | Upon Receipt | Helen Martinez | Jessica Reid |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███ : 12/5/2022 - 12/9/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ███ : 12/12/2022 - 12/16/2022 | 39.75 | $90.00 | $3,577.50 |
| VMS DISCOUNT | ███ : 5% VMS Discount | 1.00 | ($358.88) | ($358.88) |
| EARLY PAY DISCOUNT | ███ 3% Early Pay Discount | 1.00 | ($215.33) | ($215.33) |

Thank you for your business.

| | |
|---|---|
| **Total** | $6,603.29 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $6,603.29 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|------|-----------|
| 11/27/2022 | 224755429 |

| PO/RA Number | 2489316-2 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:
ayaconnect

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ██████ : 10/31/2022 - 11/4/2022 | 39.00 | $90.00 | $3,510.00 |
| HOURLY RATE PER HOUR | ██████ : 11/14/2022 - 11/18/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | ██████ : 11/7/2022 - 11/11/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ██████ : 4% VMS Discount | 1.00 | ($428.40) | ($428.40) |
| EARLY PAY DISCOUNT | ██████ : 1% Early Pay Discount | 1.00 | ($107.10) | ($107.10) |

Thank you for your business.

| | |
|---|---|
| **Total** | $10,174.50 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $10,174.50 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 11/27/2022 | 224755431 |

| PO/RA Number | 2489316-3 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:
ayaconnect

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37267 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | ███ : 10/31/2022 - 11/4/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 11/14/2022 - 11/18/2022 | 40.00 | $90.00 | $3,600.00 |
| HOURLY RATE PER HOUR | 11/7/2022 - 11/11/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███ : 4% VMS Discount | 1.00 | ($432.00) | ($432.00) |
| EARLY PAY DISCOUNT | ███ : 1% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $10,260.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $10,260.00 |

# Invoice

**Delta Flex Partners LLC**
P.O. Box 202940
Dallas, TX    75320-2940

(877) 456-2867  Ext. 0000

| Date | Invoice # |
|------|-----------|
| 11/20/2022 | 224655401 |

| PO/RA Number | 2439049-2 |
|--------------|-----------|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|----------|-------|-------|----------|-----------|
| Randolph Hospital | 37352 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| HOURLY RATE PER HOUR | ███████ : 10/24/2022 - 10/28/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | ███████ : 4% VMS Discount | 1.00 | ($144.00) | ($144.00) |
| EARLY PAY DISCOUNT | ████████████ 3% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,348.00 |
| **Sales Tax** | $0.00 |
| **Balance Due** | $3,348.00 |

# Invoice

**Delta Flex Partners LLC**
**P.O. Box 202940**
**Dallas, TX   75320-2940**

**(877) 456-2867  Ext. 0000**

| Date | Invoice # |
|---|---|
| 11/20/2022 | 224655404 |

| PO/RA Number | 2439049-3 |
|---|---|

**Bill To:**

Randolph Hospital
Attn:

| Facility | Job # | Terms | Marketer | Recruiter |
|---|---|---|---|---|
| Randolph Hospital | 37267 | Upon Receipt | Helen Martinez | Renee Degele |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| HOURLY RATE PER HOUR | 10/24/2022 - 10/28/2022 | 40.00 | $90.00 | $3,600.00 |
| VMS DISCOUNT | 4% VMS Discount | 1.00 | ($144.00) | ($144.00) |
| EARLY PAY DISCOUNT | 3% Early Pay Discount | 1.00 | ($108.00) | ($108.00) |

Thank you for your business.

| Total | $3,348.00 |
|---|---|
| Sales Tax | $0.00 |
| **Balance Due** | **$3,348.00** |