IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DELTA FLEX PARTNERS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:24-CV-940-L** |
| **RANDOLPH HOSPITAL, INC. d/b/a RANDOLPH HEALTH,** | § § § § | |
| Defendant. | § § | |

# NOTICE

Before the court is Plaintiff's Notice of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) ("Notice") (Doc. 13), filed April 2, 2025. As Defendant Randolph Hospital, Inc. d/b/a Randolph Health has not filed an answer or motion for summary judgment, this action is **dismissed** as a matter of course, and no court approval or order is required. *Id*. Plaintiff requested that an order be entered; however in light of this Rule, no order is required, and the court declines to issue an order. The dismissal is **with prejudice**, and the court **directs** the clerk of court to **close** this action.

**Filed** this 3rd day of April, 2025.

Sam A. Lindsay
United States District Judge

Notice – Solo Page